FILED

DEC 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD ZIMBELMAN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY and JOHN HILL, <br><br> Defendants - Appellees. | No. 13-17479 <br><br> D.C. No. 2:13-cv-02143-APG District of Nevada, Las Vegas <br><br> ORDER |

Before: REINHARDT and FISHER, Circuit Judges.

Appellant's emergency motion for injunction pending appeal is granted. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008). Appellees and their agents are enjoined from terminating appellant's public housing assistance or evicting appellant during the pendency of this appeal.

The briefing schedule established previously shall remain in effect.

KS/MOATT